1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | INGRID CRAWFORD SMITH and A.C.,          No. 18-cv-01526-DAD-JLT
    individually and as successors in interest to
12 | decedent AUGUSTUS JOSHUA
    CRAWFORD,
13                                            ORDER APPOINTING GUARDIAN *AD*
                    Plaintiffs,               *LITEM*
14
         v.                                   (Doc. No. 6)
15
    CITY OF BAKERSFIELD,
16 | BAKERSFIELD POLICE
    DEPARTMENT, COUNTY OF KERN,
17 | BAKERSFIELD POLICE CHIEF LYLE
    MARTIN IN HIS INDIVIDUAL AND
18 | OFFICIAL CAPACITIES, OFFICER
    WARREN MARTIN, and DOES 1 to 10,
19 | inclusive,

20                  Defendants.

21

22          On December 26, 2018, Tyshika Williams filed a petition to be appointed guardian *ad*

23 *litem* for plaintiff A.C. for purposes of this action.  (Doc. No. 6.)

24          "District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c),

25 to safeguard the interests of litigants who are minors."  *Robidoux v. Rosengren*, 638 F.3d 1177,

26 1181 (9th Cir. 2011).  Rule 17 provides that "[t]he court must appoint a guardian *ad litem*—or

27 issue another appropriate order—to protect a minor or incompetent person who is unrepresented

28 /////

                                    1

in an action." Fed. R. Civ. P. 17(c)(2).  Local Rule 202(a) of this court further states, in pertinent part:

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor . . . the attorney representing the minor or incompetent person shall present . . . a motion for the appointment of a guardian *ad litem* by the Court, or . . . a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person.  *See* Fed. R. Civ. P. 17(c).

The decision to appoint a guardian *ad litem* "must normally be left to the sound discretion of the trial court."  *United States v. 30.64 Acres of Land*, 795 F.2d 796, 804 (9th Cir. 1986).

Tyshika Williams petitions the court to appoint her as guardian *ad litem* to her child, plaintiff A.C., a minor under the age of eighteen.  (Doc. No. 6.)  Petitioner states that she is the biological mother to plaintiff A.C., and that she will represent and protect the interests of plaintiff A.C.  (*Id.* at 4–5.)  Finding good cause, the court grants the petition (Doc. No. 6) and appoints Tyshika Williams guardian *ad litem* of A.C., a minor and plaintiff in this action.

IT IS SO ORDERED.

Dated:  **January 2, 2019**                           _____
                                                       UNITED STATES DISTRICT JUDGE