# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID CRAWFORD SMITH, et al., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BAKERSFIELD, et al., <br><br> Defendants. | Case No.: 1:18-cv-01526 DAD JLT <br><br> FURTHER ORDER RE: ORDER TO SHOW CAUSE (Doc. 8) |

The Court ordered the plaintiffs to show cause why sanctions should not be imposed for their failure to prosecute this action and their failure to comply with the Court's orders. (Doc. 8) This was due to the plaintiffs' failure to serve the defendants the summons and complaint **and** because they failed to file the exhibits referenced in their complaint. Id.

Plaintiffs' counsel has responded an indicated that due to the maternity leaves of two associates in his firm, service on the defendants was not initiated. (Doc. 9) He offers no explanation about the failure to file the exhibits and has failed to meet the Court's January 30, 2019 deadline for doing so. The Court offers a final opportunity to comply before it issues sanctions.

Thus, **no later than February 15, 2019**, the plaintiffs **SHALL** file the exhibits referenced in their complaint and **SHALL** ensure that the documents sent for service (Doc. 9 at 2 ¶ 6) include the missing exhibits.

1

Failure to comply with this Court's orders will result in the imposition of sanctions up to an including dismissal of the action.

IT IS SO ORDERED.

    Dated:   **February 13, 2019**          **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE